WEISSMAN, Appellant, v. LUBAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Julius Weissman against Jacob Luban. No opinion. Final order of the Municipal · Court affirmed, with costs.

WELDON, Respondent, v. THOMAS CRIMMINS CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by John H. Weldon against the Thomas Crimmins Contracting Company. No opinion. Judgment and order affirmed, with costs.

WESP, Respondent, v. MUCKLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Emil J. Wesp, as trustee, etc., against William J. Muckle, and others. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 120 N. Y. Supp. 976.

WHITE, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1910.) · Action by Grace L. White, as administratrix, etc., against the Emigrant Industrial Savings Bank. C. L. Burr, for appellant. R. O'Gorman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILE, Respondent, v. PULLMAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Daniel Wile against the Pullman Company. No opinion. Judgment and order affirmed, with costs.

WILLOUGHBY, Respondent, v. PATTEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles G. Willoughby against Dana A. Patten.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless appellant serve his printed papers on appeal within 10 days and stipulate to argue the appeal on the 14th of March, 1910, in which event the motion is denied, without costs.

WILSON et al., Appellants, v. BURKHARD, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by M. Arlington Wilson and another against Stephen Burkhard. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILTSIE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Hattie J. Wiltsie, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, with costs, under general rule No. 39.

WIRTH, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Henry J. Wirth against Moses Cohen. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant perfect his appeal, place the same upon the next calendar of this court, and be ready for argument when reached.

WOLLENHAGEN v. BUTLER. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by John Wollenhagen against Jacob D. Butler. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WORDEN, Respondent, v. DUFRESNE, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Charles A. Worden against Louis Dufresne. No opinion. Judgment and order unanimously affirmed, with costs.

In re WORMSER. (Supreme Court, Appellate Division, First Department. February 18, 1910.) In the matter of Isidor Wormser, deceased. No opinion. Decree affirmed, with costs. Order filed.

YAMPOLSKY, Respondent, v. FULTON METAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) Action by Leo Yampolsky against the Fulton Metal Company. No opinion. Motion to resettle order granted. See, also, 120 N. Y. Supp. 1151.

END OF CASES IN VOL. 121.